# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

United States District Court
Southern District of Texas
FILED

U.S. COURT OF APPEALS
FILED

No. 00-40705
Summary Calendar

JUN 1 8 2001

MAY 2 2 2001

Michael N. Milby, Clerk

CHARLES R. FULBRUGE III
CLERK

D.C. Docket No. M-97-CV-85

GERARDO LOPEZ; ET AL

    Plaintiffs

GERARDO LOPEZ; ERASMO ANZALDUA; LIZA MURILLO; MIGUEL A BARRERA; ROGELIO BUENO BARRERA; ET AL

    Plaintiffs - Appellants

RAYMOND T CRUZ; JUAN DE LOS SANTOS; RICARDO GALLARDO; RENE R GARZA; JESSIE RODRIGUEZ; ET AL

    Intervenor Plaintiffs - Appellants

v.

COUNTY OF HIDALGO, TEXAS

    Defendant - Intervenor Defendant - Appellee

Appeal from the United States District Court for the Southern District of Texas, McAllen.

Before DAVIS, JONES, and DeMOSS, Circuit Judges.

## J U D G M E N T

    This cause was considered on the record on appeal and the briefs on file.

    It is ordered and adjudged that the appeal is dismissed for lack of jurisdiction.

    IT IS FURTHER ORDERED that plaintiffs-appellants pay to defendant-appellee the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: JUN 1 3 2001

A true copy
Test:
Clerk, U. S. Court of Appeals, Fifth Circuit

By _____
    Deputy
New Orleans, Louisiana

JUN 1 3 2001